

# Fourth Court of Appeals
## San Antonio, Texas

## CONCURRING OPINION

No. 04-19-00881-CV

**IN RE** Hannah **RYERSON**

Original Mandamus Proceeding[1]

Opinion by:     Beth Watkins, Justice
Concurring opinion by: Patricia O. Alvarez, Justice

Sitting:        Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Beth Watkins, Justice

Delivered and Filed: March 4, 2020

Relator's petition for writ of mandamus asked this court to direct the trial court "to vacate its December 4, 2019 order dismissing [relator's] contribution counterclaim." I concur in the majority's denial of relator's petition. However, I write separately to clarify that our denial of relator's petition should not be interpreted as conflicting with the trial court's order that relator's "allegations of contributory negligence and contribution credits remain."

                                Patricia O. Alvarez, Justice

---

[1] This proceeding arises out of Cause No. 2018CI04186, styled *Kirsten Hartman and Diamond Landeros v. Hannah Ryerson*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.